IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN BROWN
ADC #133891                                                              PLAINTIFF

v.                      No. 3:15-cv-24-DPM-BD

LARRY MILLS, Sheriff, Poinsett
County Jail; JOEY MARTIN, Administrator,
Poinsett County Jail; and TRISH MARSHALL,
Captain, Poinsett County Jail                                            DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2015