IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN BROWN
ADC #133891  PLAINTIFF

v.  No. 3:15-cv-24-DPM

LARRY MILLS, Sheriff, Poinsett
County Jail; JOEY MARTIN, Administrator,
Poinsett County Jail; and TRISH MARSHALL,
Captain, Poinsett County Jail  DEFENDANTS

JUDGMENT

Brown's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2015